# EXHIBIT A



# PRESSURE COOKER

Model# GPC-655
Model# GPC-855

## USER MANUAL

Read this manual thoroughly
before using and save it for
future reference

FOR CUSTOMER SERVICE
QUESTIONS OR COMMENTS
VISIT US @ GOURMIA.COM
INFO@GOURMIA.COM
OR CALL 888.552.0033

Model: GPC-655
Model: GPC-855
© 2018 Gourmia
www.gourmia.com
The Steelstone Group
Brooklyn, NY

All rights reserved. No portion of this manual may be reproduced by any means
whatsoever without written permission from The Steelstone Group, except for
the inclusion of quotations in a media review.

Although every precaution has been taken in the preparation of this manual,
The Steelstone Group assumes no responsibility for errors or omissions. Nor is any
liability assumed for damages resulting from the use of the information contained
herein. Although every effort has been made to ensure that the information
contained in this manual is complete and accurate, The Steelstone Group is not
engaged in rendering professional advice or services to the individual consumer;
further, The Steelstone Group shall not be held responsible for any loss or damage
allegedly arising from any information or suggestion in this manual.



# Welcome to the Convenient World of the
## *Pressure Cooker* from Gourmia

Enter the magic world of speed cooking with this Gourmia pressure cooker. In just a matter of minutes, you can now serve up the most deluxe dinners. Gone are the days of defrosting and cooking for hours on end.

Why use a pressure cooker you ask?

Advanced technology merges with convenience to bring you and your family the best of all worlds. A pressure cooker functions by trapping and sealing the steam to cook at higher temperatures and faster speeds, while locking in essential nutrients and flavors to ensure healthier, tastier and quicker meals cooking up to 70% faster.

The fresh luscious aroma, and the succulent taste of the food that emerges will leave you wondering how you've managed until now. Its ease of use and many functions ensure that it remains your new go-to appliance. Go ahead, invite those guests! Have them think you've been preparing all day; when the cleanup is done, you'll let them in on your time saving secret.

The pages of this manual offer comprehensive instructions to guide you through the functions and features of the Gourmia pressure cooker.  Inside this guide you will also find information on its modes of operation, complete step-by-step instructions for the operation, assembly, cleaning, and maintenance of your appliance.

Please read all safety instructions thoroughly to ensure safe usage at all times.

Thank you for your purchase! We sincerely hope you will enjoy this as well as all the many innovative products brought to you by Gourmia.

**3**

# IMPORTANT SAFEGUARDS

Before using the electrical appliance, the following basic precautions should always be followed:

1. This appliance is not intended for use by persons (including children younger then 8) with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have supervision.

2. Check if the voltage indicated on the appliance corresponds to the local main voltage before you connect the appliance.

3. Do not use with an extension cord. There is a short cord provided specifically to pre-vent entanglement and similar dangerous scenarios.

4. Do not use the appliance if the plug, the main cord or the appliance itself is damaged. Always make sure that the plug is inserted properly into a wall outlet.

5. Do not operate any appliance with a damaged cord or plug or after the appliance malfunctions, or has been damaged in any manner. Return appliance to the nearest authorized service facility for examination, repair or adjustment.

6. Close supervison is neccesary when any appliance is used by or near children. Children should be supervised to ensure that they do not play with the appliance. Cleaning and user maintenance shall not be done by children unless they are older than 8 and supervised.

7. Do not let the cord hang over the edge of table or counter or touch hot surfaces.

8. To protect against electric shock do not immerse cord, plugs, or appliance in water or other liquid. Do not plug in the appliance or operate the control panel with wet hands.

9. Never connect this appliance to an external timer switch or separate remote-control system in order to avoid a hazardous situation. Always attach plug to appliance first, then plug cord in the wall outlet. To disconnect,turn off the appliance, then remove plug from wall outlet.

10. Do not place the appliance on or near combustible materials such as a tablecloth or curtain. The accessible surfaces may become hot during use. Do not place on or near a hot gas or electric burner, or in a heated oven.

11. Do not place the appliance against a wall or against other appliances. Leave at least 4 inches of free space on the back and sides and 4 inches of free space above the appliance. Do not place anything on top of the appliance.

12. Do not use the appliance for any other purpose than described in this manual. The use of accessory attachments not recommended by the appliance manufacturer may cause injuries.

13. Do not let the appliance operate unattended. Extreme caution must be used when moving an appliance containing hot oil or other hot liquids.

14. Do not use outdoors.

15. Do not touch the hot surfaces, use handles and knobs only. Keep your hands and face at a safe distance from the steam and from the air outlet openings. Also be careful of hot steam and air when you remove the cover from the appliance.

16. After using the appliance,the inside of the metal lid is very hot. Unplug from outlet when not in use and before cleaning. Allow to cool before putting on or taking off parts, and before cleaning the applinace.

17. Immediately unplug the appliance if you see dark smoke coming out of the appliance. Wait for the smoke emission to stop, before you remove the pan from the appliance.

18. Do not alter or tamper with any component or accessory included with this unit. Do not use with any accessory that was not designed specifically for this unit.

18. FOR HOUSEHOLD USE ONLY.

## SAVE THESE INSTRUCTIONS

FOR CUSTOMER SERVICE VISIT US @ GOURMIA.COM OR CALL 888.552.0033

4

# TABLE OF CONTENTS

**Know Your Pressure Cooker** ............6

**When Using Your Pressure Cooker**...8

**Using Your Pressure Cooker** ............9

**Charts & Tips**................................14

**Troubleshooting**...........................20

**Cleaning & Maintenance**...............22



# KNOW YOUR PRESSURE COOKER



Handle Release Button

Steam Release Valve

Handle

Float Valve

CLOSE   OPEN

Lock Indicators

Pressure Build up

Delay Start

Pressure Cooking

Keep warm

Menu Options

Cancel Button

Keep Warm Button

Start Button

Delay Start Button

Menu Knob

Time Knob

Measuring Cup

3/4
1/2
1/4

Spoon

Wire Rack

FOR CUSTOMER SERVICE VISIT US @ GOURMIA.COM OR CALL 888.552.0033



Seal Ring

Y-Ring

Lid

FULL    CUP

Inner Pot

Water
Condesation
Cup

Base

**KNOW YOUR PRESSURE COOKER**

**WHEN USING YOUR PRESSURE COOKER**

## When Using Your Pressure Cooker:

• Ensure that the appliance is resting on a flat, heat resistant surface before use

• A minimum of four inches around the appliance should remain clear of all objects including walls, cupboards, curtains etc. while it is in operation. The lid should be clear of all objects as well.

• Always attach the cord to the appliance before inserting into the socket. To disconnect, ensure the appliance is set to the off position and then remove the cord from the wall socket.

• Never operate the appliance near any flammable objects.

• Cook only in the inner pot. Using the electrical base can result in electric shock.

• Make sure the lid is properly closed before operating. Improper use may result in scalding or other injuries.

• Always inspect the steam release valve to ensure it is clear of any clogging before use.

• Never open the lid before the product has cooled and all internal pressure has been released. Difficulty rotating the lid indicates that contents are still under pressure – it should never be forced open. After all the steam is released the pressure will decline and the lid will be able to rotate with ease.

• Tilt the lid away from you when removing it, in order to better protect your hands and face from the excess steam.

• Do not fill above the FULL line located within the inner pot. When cooking foods that expand such as rice or dried vegetables, do not fill the inner pot more than half-way. Over-filling may result in a clogged vent pipe or excess pressure.

• Not all foods are compatible with a pressure cooker. Applesauce, cranberries, barley, oatmeal, cereals, split peas, pasta and rhubarb create foam which clogs the steam vent. They should not be used in a pressure cooker.

• Do not use oil to fry foods in this appliance.

• Paper, cardboard and plastic materials can never be placed within the appliance while it is in operation.

• Never pour cold water into a hot pressure cooker.

• Ensure that the appliance has completely cooled down before attaching or removing components, and before cleaning.

• Do not use the inner pot with any source of heat other than this unit. Do not replace the inner pot with any accessory not created specifically for this unit.

• To ensure that it retains its quality and freshness, food should not be kept warm within this unit for more than 4 hours.

• Steam emitting from the circumference of the lid symbolizes a malfunction in the unit. Disconnect from its power supply and contact a local authorized repairman.

**8**

**Before using your pressure cooker:**

*Warning: Be careful not to put anything near the steam release valve at any time.*

• Clean all surfaces of the appliance base using a damp cloth and wipe dry. Properly wash the removable inner pot and lid with warm soapy water.

• Inspect the machine to ensure that it is ready for use with the pressure and safety valves clean and clear of any blockage and the rubber seal ring clean and in place around the lid.

• To ensure that the unit is assembled and working properly, it is recommended that you fill the pressure cooker to the 2/5 line and allow the pressure cooker to operate for a half-hour. Upon completion, remove the water and rinse and dry the inner pot. The unit is now ready for use!

## USING YOUR PRESSURE COOKER

1. Position the pressure cooker on a dry, flat and heat resistant surface.

2. Ensure that the Seal Ring is properly secured around the removable Y-Ring. Then align the center of the Y-Ring with the metal pin in the center of the lid and press down firmly to secure it into place.

3. Insert ingredients into the removable pot, making sure not to fill the pot above the FULL line.

**Note:** When cooking foods that expand such as rice or dried vegetables, do not fill the inner pot more than half-way. Over-filling may result in a clogged steam release valve or excess pressure.

**Note:** A minimum of ½ cup of water must be used during any cooking process with this pressure cooker.

4. Place the inner pot into the base.

5. Plug the pressure cooker into a wall outlet.





### USING YOUR PRESSURE COOKER

6. Place the Steam Release Valve into the space on the lid by pressing down until it clicks into place. Rotate the Steam Release Valve to the "sealing" position by aligning the arrow on Valve to the "sealing" icon (Do not rotate past the icon).

7. Secure the lid by aligning the arrow indicator on the lid with the "open lock icon" on the base. Press down firmly to seal and rotate clockwise until the arrow is aligned with the "closed lock icon" on the base.

8. Turn the Menu knob to select one of the preset menu options. The default cook times are programmed for portions under 3 lbs. For larger portions, adjust the default time or use the "Pressure Cook" option (see step 12).

*Note: See chart on page 14 for details of each option's default programming.*

9. After the preset has been selected, the display will show the default cook time. The cook time can be adjusted by rotating the "Time" knob.

10. Press the START button. The display will show the Pressure Build Up icon along with the Pressure Build Up animation.

*Note: The display will also show the Keep Warm icon (except when using the Yogurt preset), this indicates that the pressure cooker will enter the Keep Warm mode when the cooking cycle is done. To deactivate the Keep Warm feature, press and hold the Keep Warm button until the Keep Warm icon turns off.*

11. Once the internal pressure is reached, the Pressure Cooking icon will appear and the cook time countdown will begin.

Pressure Build up

Pressure Cooking

Keep warm



Delay Start
See page 13

FOR CUSTOMER SERVICE VISIT US @ GOURMIA.COM OR CALL 888.552.0033



12. To set the pressure cooker manually, select the "Pressure Cook" function, then rotate the "Time" knob to select your desired cooking time. Press the "Start" button and proceed as you would with any of the preset options.

13. At the completion of all cooking cycles with the exception of "yogurt", the unit will automatically enter a "Keep Warm" mode. While in the Keep Warm mode the display will show the Keep Warm icon and "bb" and the Keep Warm button will be illuminated.

*NOTE: For the duration of time the unit is cooking with pressure, and until the pressure is released, the Float Valve will be raised and the lid is locked. NEVER ATTEMPT TO OPEN THE LID FOR THE DURATION OF THE PRESSURE COOKING TIME.*

14. You can reset or cancel any function by pressing the "cancel" button at any time.

15. The pressure will naturally begin to drop during the keep warm cycle.

**Note:** *You can only open the lid once the pressure is released (see page 12)*

16. To open the lid press down the red button on the handle and turn the lid counterclockwise.

**Note:** *Following the Porridge and Soup cooking cycle or after cooking any other recipe with a lot of liquid, the Steam Release Valve should not be rotated to "Venting" as the steam must be released naturally.* ***Turning the Steam Release Valve to "Venting" may cause hot liquid to spray from the Steam Release Valve.***



**USING YOUR PRESSURE COOKER**

## USING THE STEAM RELEASE VALVE

This Pressure Cooker is equipped with two forms of pressure release:

1. **Natural Release**
   It allows the cooker to rest after cooking until the pressure naturally subsides so the lid can be opened. When foods have high liquid contents, such as soups, stews and beans, they will respond best to using the natural release method. This avoids splattering and foaming when the lid is opened. Foods that can rest and continue while the pressure drops, such as roasts and whole chickens, can be used with the natural release method. To use the natural release method, rotate the Steam Release Valve to "the "Sealing" icon (do not rotate the Valve past the icon)" and keep it in that position during and after cooking until the Float Valve drops, indicating the pressure inside has dissipated.

2. **Quick Release**
   It allows the cooker to release pressure quickly when cooking is done so the lid can be opened.
   Do not use this feature when pressure cooking grains, beans, rice, oatmeal, and other foods that can splatter or foam when the lid is opened. To use the quick release method, set the Steam Release Valve to "Sealing" during cooking and turn it to "Venting" when the cooking is done to release steam.
   If foods such as vegetables or seafood require a precise cooking time, turn the steam release valve to venting to quickly release the pressure and open the lid.

> **CAUTION: Hot steam - use tongs or long utensil to turn the Steam Release Valve.**
> **Keep hands and face away from Steam Release Valve.**



FOR CUSTOMER SERVICE VISIT US @ GOURMIA.COM OR CALL 888.552.0033

## USING THE SAUTÉ PRESET

Before pressure cooking, many recipes will benefit from the golden color, richer flavors and moist results gained from sautéing. This setting allows cooking over high heat, without the lid

To sauté your meats or vegetables prior to pressure cooking:

1. Remove the lid from the unit.

2. Add oil or butter into the inner pot, then add the food.

3.  Select the "sauté" preset. Press the "start" button.

4. Stir or turn the food as needed until the desired color and consistency is reached.

5. Press the "cancel" button if you want to cancel the sauté preset before the timer finishes counting down.

• Allow the unit to rest 2-3 minutes after canceling the sauté preset before begining to pressure cook. If the unit will not begin pressure cooking, allow it to cool for a longer period after sautéing before selecting another preset.

## USING THE DELAY START FUNCTION

This function postpones the cooking time from beginning for up to 24 hours.

1. Prepare desired food and place into cooking pot.

2. Secure the lid onto the unit, turn in clockwise to lock it in place.

3.  **Make sure the pressure release valve is set to the "sealing" position.**

4. Plug the pressure cooker into the wall outlet.

5. Select a preset (step 8, page 10) or set the desired cooking time manually (step 12, page 11).

6. Press the "delay start"  button. The "delay start" indicator icon will illuminate and begin blinking. The display screen will show 0:30 which is equal to 30 minutes of delay time. Turn the time knob right to increase or left to decrease the desired time.  The "delay start" time can be increased or decreased by 30 minute increments. The maximum delay period is 24 hours.

7. Press the Start button. The cooking cycle will begin after the delay start time elapses.

> **CAUTION: When using this function ensure that the foods being cooked are not sensitive to warm temperatures and will not spoil from remaining at room temperature for an extended period of time.**

| FUNCTIONS | DEFAULT COOK TIME | COOK TIME RANGE |
|---|---|---|
| Meat | 15 Min | 1-120 Min |
| Soup | 25 Min | 1-120 Min |
| Beans | 40 Min | 1-120 Min |
| Poultry | 13 Min | 1-120 Min |
| Dessert | 18 Min | 1-120 Min |
| Porridge | 25 Min | 1-120 Min |
| Rice | 12 Min | 1-120 Min |
| Eggs | 5 Min | 1-120 Min |
| Sauté | 5 Min | 1-30 Min |
| Steam | 15 Min | 1-120 Min |
| Yogurt | 12:00 Hour | 0.5-24 Hour |
| Sterilize | 20 Min | 1-120 Min |
| Slow Cook | 6:00 | 0.5-24 Hour |
| Pressure Cook | 1 Min | 1-120 Min |

**WARNING:**
• The lid cannot be opened until the pressure is fully released – do not attempt to force it open.
• The lid is very hot during and after use- do not touch any of the metal parts.

### General Tips and Tricks:

- Use the sauté setting to sear or brown foods in the inner pan before cooking a full meal using a pressure setting.
- If cooking frozen food without defrosting, add ten minutes to the recommended cooking time
- Pressure cooking requires a different liquid to solid ratio. Use recipes written for pressure cooker cooking.
- The condensation container drains excess liquid that gathers around the rim. Insert and remove the container by sliding it on and off the rails.

## MEAT COOKING CHART

| Type | Minutes | Release | Notes |
|------|---------|---------|-------|
| Beef, brisket | 40 | natural | |
| Beef, flank steak | 18-20 | natural | |
| Beef, ground | 10 | natural | |
| Beef, ribs | 18-20 | quick | |
| Beef, roast | 35-45 | natural | increase time with weight |
| Beef, round | 25-30 | natural | |
| Beef, stew | 15-18 | natural | cut in 1-inch cubes |
| Chicken, breast | 8 | quick | boneless, skinless |
| Chicken, ground | 10 | quick | |
| Chicken, pieces | 12-15 | quick | bone-in |
| Chicken, strips | 8 | quick | |
| Chicken, whole | 18-20 | quick | 2-3 pounds, cleaned |
| Cornish hen, whole | 20 | quick | 2-3 |
| Ham, pork | 28-35 | natural | bone-in |
| Lamb, chops | 8 | natural | bone-in |
| Lamb, ground | 10 | natural | |
| Lamb, leg | 45 | natural | bone-in |
| Lamb, roast | 25 | natural | 2-3 pounds |
| Lamb, shoulder | 25 | natural | |
| Lamb, stew | 15-18 | natural | cut in 1-inch cubes |
| Pork, belly | 40 | natural | |
| Pork, chops | 12 | natural | |
| Pork, ground | 10 | natural | |
| Pork, leg/shank | 35 | natural | bone-in |
| Pork, loin | 12 | natural | |
| Pork ribs | 18-20 | quick | |
| Pork, roast | 35-40 | natural | boneless |
| Pork, sausage | 10 | natural | |
| Pork, tenderloin | 8-15 | natural | |
| Turkey, breast | 20 | natural | rolled/stuffed |
| Turkey, breast | 12-15 | natural | boneless, skinless |
| Turkey, leg | 15 | natural | bone-in |
| Turkey, wings | 15 | natural | bone-in |
| Veal, chop | 10-12 | natural | bone-in |

### Tips for Meat:

• Cut foods into uniform- sized peices for best results. Stew meat should be cut in 1-2 inch cubes.

• Remove excess fat while cutting meat.

• Add at least 2 cups water, broth or wine to meat for the first 15 minutes of pressure cooking. If cooking longer, add 1/3 cup liquid for every additional 15 minutes of cooking.

**CHARTS & TIPS**

| GRAIN/RICE COOKING CHART | | | |
|---|---|---|---|
| Type | Minutes | Release | Notes |
| **GRAINS** | | | |
| Amaranth | 9 | natural | 1 cup grain to 3 cups water |
| Barley, pearl | 16-18 | natural | 1 cup grain to 4½ cups water |
| Buckwheat | 10-12 | natural | 1 cup grain to 2 cups water |
| Hominy, grits | 10-12 | natural | 1 cup grain to 4 cups water |
| Masa harina | 10-12 | natural | 1 cup grain to 4 cups water |
| Matzoh meal | 10-12 | natural | 1 cup grain to 2 cups water |
| Kamut, whole | 10-12 | natural | 1 cup grain to 3 cups water |
| Millet | 9-11 | natural | 1 cup grain to 3 cups water |
| Oats, rolled | 10-20 | natural | 1 cup grain to 4 cups water |
| Oats, steel-cut | 12-22 | natural | 1 cup grain to 4 cups water increase time with quantity |
| Quinoa | 6-8 | natural | 1 cup grain to 2 cups water |
| Rye berries | 15-18 | natural | 1 cup grain to 2 cups water |
| Wheat berries | 8-10 | natural | 1 cup grain to 3 cups water |
| **RICE** | | | |
| Arborio | 8-10 | natural | 1 cup rice to 1½ cups water |
| Basmati | 8-10 | natural | 1 cup rice to 1½ cups water |
| Brown | 17-22 | natural | 1 cup rice to 1½ cups water |
| Black | 18-20 | natural | 1 cup rice to 1½ cups water |
| Converted | 7-8 | natural | 1 cup rice to 1½ cups water |
| Jasmine | 5-6 | natural | 1 cup rice to 1 cup water |
| Red | 17-22 | natural | 1 cup rice to 1½ cups water |
| White, long grain | 7-8 | natural | 1 cup rice to 1½ cups water |
| Wild | 25-38 | natural | 1 cup rice to 3 cups water |

### Tips for Cooking Rice

- Various types of rice require differing ratios of water.
- Do not pre-soak rice, but rinse the rice in water- if desired. Add salt, if desired.
- Add 1 teaspoon oil or butter to the rice before cooking to heko avoid splattering.

## BEAN COOKING CHART

| Type | Minutes | Release | Notes |
|---|---|---|---|
| Azuki | 7-8 | natural | |
| Black | 10-12 | natural | |
| Black-eyed peas | 12-15 | natural | |
| Chickpeas | 13-15 | natural | |
| Fava, dried | 15-20 | natural | |
| Great Northern | 10-15 | natural | |
| Kidney beans | 12-15 | natural | |
| Lentils, green | 10-12 | natural | |
| Lentils, red | 10-15 | natural | |
| Lentils, brown | 10-12 | natural | |
| Lima | 8-10 | natural | |
| Navy | 10-12 | natural | |
| Peas, split green | 5-8 | natural | |

### Tips for Cooking Beans:

• Although not required, for soft, tender beans, pre-soak in salted water for at least 8 hours. Stir in 2 tablespoons salt into 6 cups water and add beans. When done soaking, drain well.

• Place beans in inner pot and add 1 tablespoon oil. This helps reduce foaming.

• Add 4 cups water if cooking 1/2 pound dry beans. Add 8 cups water if cooking 1 pound dry beans.

## SEAFOOD COOKING CHART

Note: Use the steaming rack to cook seafood. Place a heat-proof container on top of the rack. Add at least 2-3 cups of water to the inner pot to reach the minimum fill line.

| Type | Minutes | Release | Notes |
|---|---|---|---|
| Clams | 3-5 | quick | |
| Fish, fillet | 3-4 | quick | |
| Fish, steak | 3-5 | quick | |
| Fish, whole | 7-8 | quick | cleaned |
| Lobster | 3-5 | natural | cleaned |
| Mussels | 3-5 | quick | |
| Oysters | 3-5 | quick | |
| Salmon, steak | 4-6 | quick | |
| Scallops | 1-2 | quick | |
| Shrimp | 2-3 | quick | |

CHARTS & TIPS

**17**

**CHARTS & TIPS**

| VEGETABLE COOKING CHART | | | |
|---|---|---|---|
| Type | Minutes | Release | Notes |
| Artichoke, hearts | 3-5 | normal | cut in half |
| Artichoke, whole | 5-11 | normal | add time with size |
| Asparagus | 1-2 | quick | |
| Beet, whole | 10-20 | quick | add time with size |
| Beet, cubed | 3-5 | quick | |
| Bok choy, baby | 1-2 | quick | |
| Broccoli | 3-5 | quick | |
| Brussels Sprouts | 4-6 | quick | |
| Cabbage | 3-5 | quick | all colors, cut in quarters |
| Carrots, whole | 3-5 | quick | |
| Carrots, sliced | 3 | quick | |
| Cauliflower | 3 | quick | cut in florets |
| Cauliflower | 7-9 | quick | whole or halves |
| Chard, Swiss | 2-3 | quick | |
| Collard greens | 3-5 | quick | |
| Corn, kernel | 2-3 | quick | |
| Corn, on cob | 8-10 | quick | |
| Eggplant | 3-5 | quick | cut in quarters |
| Green beans | 2-3 | quick | fresh or frozen |
| Greens, chopped | 2-3 | quick | |
| Kale | 1-2 | quick | |
| Leeks | 3-4 | quick | |
| Mushrooms, fresh | 3-5 | quick | |
| Okra | 3 | quick | |
| Onion | 2-3 | quick | whole or halved |
| Parsnips | 2-3 | quick | |
| Peas | 2-3 | quick | fresh or frozen |
| Peppers | 2-4 | quick | increase time with size |
| Potatoes, fingerling | 6 | quick | whole |
| Potatoes, chunks | 5 | quick | red, Yukon, creamer |
| Potatoes, whole | 10-15 | quick | increase time with size |
| Pumpkin | 8 | quick | cut in chunks |
| Squash, acorn | 8 | quick | |
| Squash, banana | 5 | quick | 1-inch cubes |
| Squash, butternut | 6 | quick | halves |
| Squash, spaghetti | 4-6 | quick | halves |
| Tomato, slices | 2-3 | quick | |
| Tomatoes | 3 | quick | whole or halves |
| Turnips | 5 | quick | halves |
| Yams, halved | 10-15 | quick | increase weight with size |
| Zucchini | 6 | quick | cut in ¼ to ½ inch pieces |

## Tips for Cooking Poultry

• Place up to 3 pounds chicken pieces or whole prepared chicken in inner pot.

• For boneless, skinless chicken breast, choose sauté menu for 5 minutes, then pressure cook in poultry mode for 8 minutes.

• Add at least 2 cups water, broth or wine to poultry for the first 15 minutes of pressure cooking. If cooking longer add 1/3 cup liquid for every additional 15 minutes of cooking.

• Use fresh herbs when pressure cooking, as pressure cooking develops intense flavors.

• Strain and use the cooled chicken broth as a base for delicious soups.

## Tips for Cooking Porridge

• Soak certain grains, such as wheat berries and pearl barley in water for at least 4 hours before cooking. Do not add salt to the water. Frain and rinse before soaking.

• Do not prepare oatmeal or other grains directly in the inner pot, as these cereals may splatter severely upon opening and/or clog the valve.

• Add a pinch of salt to the oatmeal or other grains before cooking- add sweeteners after cooking.

• Add a bit of oil to the oatmeal or grains to reduce foaming and splattering.

**TROUBLESHOOTING**

| PROBLEM | POSSIBLE CAUSE | SOLUTION |
|---------|----------------|----------|
| Lid will not close | Seal ring is not in place or missing | Adjust or insert seal ring |
| | Lid is not properly aligned with pressure cooker base | Align the indicator line on the edge of the lid with the right indicator triangle and rotate the lid clockwise. |
| Lid will not open | Pressure cooker is still pressurized. | The stream needs to be released by either the "natural" or "quick" release method. |
| | The Float Valve at is stuck in the locked (up) position. | Ensure the pressure has been released then use a long utensil to gently press the Float Valve down. |
| Excess steam leaking between the lid and the pressure cooker housing | Damaged seal ring | Replace the seal ring |
| | Missing seal ring | Insert the seal ring |
| | Build up or debris on seal ring | Remove the seal ring and clean it according to instructions. |
| | Lid not properly attached | Ensure lid is aligned and closed. Gently push down on the lid handle. |
| Float valve will not rise (lock) so pressure can- not build | Not enough liquid added to the recipe. | Remove lid and add liquid |
| | Silicone stopper on float valve is dirty or worn out. | Clean float valve and silicone stopper/ replace silicone stopper. |
| Occasional popping noise coming from pressure cooker | The control board component cycles with the thermostat during use. | This is normal |
| | The inner pot is wet | Make sure the inner pot and the inside of the pressure cooker are completely dry before use |
| Excessive steam coming from the steam release valve | Steam release valve not properly connected | Remove the steam release valve and place it back inside correctly |
| Rice is too soft | Too much water added | Adjust the rice to water ratio to use less water |
| Rice is not fully cooked | Not enough water added | Adjust the rice to water ratio to use more water |
| | Lid removed | After the cook cycle has ended leave the lid in place for an additional 5 minutes. |

FOR CUSTOMER SERVICE VISIT US @ GOURMIA.COM OR CALL 888.552.0033

| PROBLEM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| Pressure cooker won't energize. | Power cord is disconnected from pressure cooker. | Ensure cord is secured to the pressure cooker. |
| LCD Display shows code "E1" | The sensor is experiencing an open circuit. | Unplug from the power supply and wait 10 minutes. If problem persists, contact the manufacturer or authorized agent regarding repair or replacement. |
| LCD Display shows code "E2" | The sensor is experiencing a short circuit. | Unplug from the power supply and wait 10 minutes. If problem persists, contact the manufacturer or authorized agent regarding repair or replacement. |
| LCD Display shows code "E3" | The unit is overheating. | Unplug from the power supply and wait 10 minutes. If problem persists, contact the manufacturer or authorized agent regarding repair or replacement. |
| LCD Display shows code "E4" | There is a malfunction with the signal switch | Unplug from the power supply and wait 10 minutes. If problem persists, contact the manufacturer or authorized agent regarding repair or replacement. |
| LCD Display shows "LID" | The lid is not properly secured in place. | Ensure that the lid is properly sealed and secured in place and try to start the machine again. Note: The sauté function can be activated without a lid. |

**TROUBLESHOOTING**

# CLEANING AND MAINTENANCE

> • Clean the appliance after every use.
>
> • Make sure the appliance is completely cooled off before cleaning.
>
> • Do not use metal kitchen utensils or abrasive cleaning material, to clean the pressure cooker.



1. The interior and exterior of the electrical base can be wiped down with a slightly damp and soft cloth, using mild detergent as needed. Never immerse the pressure cooker or cord in water or any other liquid.

2. The following components can be removed and washed thoroughly using mild detergent and warm running water: Lid, Seal Ring, Steam Release Valve, rubber ring on the Float Valve, inner pot, rack and Condensation cup (remove by gently grasping and firmly pulling upwards). Allow all parts to dry completely before reassembling.

*NOTE:*
*• Do not use abrasive materials on the non-stick surface of the inner pot to avoid scratching.*
*• To prevent wear and tear, do not lock the lid of the pressure cooker into place when storing*

*NOTE: After use, ensure that the appliance is completely cooled off and dry before removing the cord. Loosely coil the cord and store it within the inner pot of the appliance. Store the appliance in a clean and dry location.*

## WARRANTY & SERVICE

This Limited Warranty is for one full year from the date of purchase. It is applicable to the original purchaser only and is not transferable to a third party user. Repair or replacement of defective parts is solely at the seller's discretion. In the event that repair isn't possible, the seller will replace the product/part. If product repair/replacement won't suffice, the seller has the option of refunding the cash value of the product or component returned.

Product defects not covered under the Warranty provisions include normal wear and damage incurred from use or accidental negligence, misuse of instruction specifications or repair by unauthorized parties. The manufacturing company is not liable for any incidental or consequential damages incurred by such circumstances.

Environment
Do not throw away the appliance with the normal household waste at the end of its life, but hand it in at an official collection point for recycling. By doing this, you help to preserve the environment.

Guarantee and service
If you need service or information or if you have a problem, please visit our website or contact your distributor.

**FOR CUSTOMER SERVICE
QUESTIONS OR COMMENTS
VISIT US @ GOURMIA.COM
INFO@GOURMIA.COM
OR CALL 888.552.0033**

