```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

  MONICA LOUISE COLLEDGE,

                    Plaintiff,              MEMORANDUM & ORDER
                                             22-CV-2873 (EK)(RER)
           -against-

  THE STEELSTONGE GROUP, LLC,
  d/b/a GOURMIA,

                    Defendant.

------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Reyes's Report and Recommendation (R&R) dated June 16, 2023. ECF No. 13. Judge Reyes recommends that I deny Plaintiff Monica Colledge's motion for default judgment without prejudice to renew and grant her leave to amend the complaint. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Reyes's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* State *Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no clear error and therefore adopt Judge Reyes's clear and comprehensive R&R in its entirety. Thus, the motion for default judgment is denied

1

without prejudice to renew.  Colledge may file an amended complaint on or before October 11, 2023.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   September 5, 2023
         Brooklyn, New York

2