```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 MONICA LOUISE COLLEDGE,

                    Plaintiff,                 MEMORANDUM & ORDER
                                                22-CV-2873(EK)(JAM)
          -against-

 THE STEELSTONE GROUP, LLC,
 d/b/a Gourmia,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Marutollo's Report and Recommendation (R&R) dated May 14, 2024.  ECF No. 25.  Judge Marutollo recommends that the Court deny the plaintiff's motion for default judgment without prejudice to renew.  As the R&R concludes, the plaintiff has not properly served the defendant with process, and the Court therefore lacks personal jurisdiction over the defendant.  *See Am. Inst. Of Certified Pub. Accounts v. Affinity Card, Inc.*, 8 F. Supp. 2d 372, 375 (S.D.N.Y. 1998).  Furthermore, the plaintiff has failed to serve her motion for default judgment on the defendant, in violation of Local Rule 55.2(c).  Loc. Civ. R. 55.2(c).  The R&R concludes that this omission, too, precludes default judgment.  *See Century Surety Co. v. Atweek, Inc.*, No. 16-CV-335 (ENV), 2018 WL 10466835, at *1 (E.D.N.Y. Jan. 9, 2018).

Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews the recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, plaintiff's motion for a default judgment is denied without prejudice to renew.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   June 7, 2024
         Brooklyn, New York